|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-00846-JW |
| --- | --- | --- |
| Plaintiff, | ) | No. CR 02-20096-JW |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS HEARING |
| MARIA CARMEN BARRIENTOS-REYES, | ) | |
| Defendants. | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status hearing in the above-referenced case is continued from October 19, 2009 to November 23, 2009 at 1:30 PM for **BOTH** cases.

The Court finds the time from October 19, 2009 to November 23 2009 excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the need for the parties to have additional time to evaluate and investigate the defendant's criminal history, and given that counsel for both the government and the defense will be unavailable on October 19. For these reasons, the Court finds that a continuance is necessary to

ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny the defendant continuity of counsel and effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATE: October 16, 2009

JAMES WARE
UNITED STATES DISTRICT JUDGE