*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

11/4/2009

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00846-JW |
| | ) | CR 02-20096-JW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER RE: RESCHEDULING OF |
| MARIA CARMEN BARRIENTOS-REYES, | ) | STATUS HEARING AND |
| | ) | SUPERVISED RELEASE |
| Defendants. | ) | VIOLATION HEARING |
| | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status hearing and supervised release violation hearing in the above-referenced cases are rescheduled from November 23, 2009 to **November 30, 2009 at 1:30 p.m.** Time is excluded as to CR 09-0846 JW from November 23, 2009 through November 30, 2009.

DATE: November 4, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

1